193 P.2d 743]

[L. A. No. 19685.   In Bank.   May 18, 1948.]
FLORENCE H. CASSELL et al., Respondents, v. H. G. HICKERSON et al., Appellants.

[L. A. No. 19523.   In Bank.   May 18, 1948.]
HAZEL FAIRCHILD et al., Respondents, v. ROSS H. RAINES et al., Appellants.

Lech T. Niemo and Lester V. Peterman for Appellants.

Morris E. Cohn, Bartley Crum, Hugh E. Macbeth, Jr., Edward Mosk, Isaac Pacht, Clore Warne, Martha Stewart Yerkes, Albrecht Marburg Yerkes, and D. O. McGovney, as Amici Curiae on behalf of Appellants.

Feinfeld & Feinfeld, Walter S. McEachern and McEachern & Ritchie for Respondents.

THE COURT.—These cases, like *Cumings* v. *Hokr, ante,* p. 844 [193 P.2d 742], *Davis* v. *Carter, post,* p. 870 [193 P.2d 744], and *In re Laws, ante,* p. 846 [193 P.2d 744], involve the legality and enforceability of privately imposed restrictions against occupation of certain lots of land by persons other than those of the Caucasian race.  Upon the authority of *Shelley* v. *Kraemer* and *McGhee* v. *Sipes,* May 3, 1948, 334 U.S. 1 [68 S.Ct. 836, 92 L.Ed. ——], 16 Law Week 4426 (see also *Hurd* v. *Hodge,* May 3, 1948, 334 U.S. 24 [68 S.Ct. 847, 92 L.Ed. ——] ; 16 Law Week 4432), holding that such restrictions cannot be enforced through court action, the judgment of the trial court enforcing the restrictions is in each case reversed.